UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

               Plaintiff,

      -against-

UNITED STATES OF AMERICA,

               Defendant.

25-CV-2988 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

    Before me is pro se Plaintiff's motion for a preliminary injunction and a temporary restraining order. (Doc. 10.) Accordingly, it is hereby:

    ORDERED that the Government respond to the motion by July 25, 2025. The Government is directed to mail a copy of its brief to pro se Plaintiff.

    IT IS FURTHER ORDERED that Plaintiff shall file a reply, if any, by August 25, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated:   July 15, 2025
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge