UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

                              Plaintiff,

                -against-

UNITED STATES OF AMERICA,

                              Defendant.

25-CV-2988 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

On July 15, 2025, I issued an order setting a briefing schedule for pro se Plaintiff's

motion for a preliminary injunction and a temporary restraining order.  (Doc. 11.)  On July 24,

2025, I granted the Government's extension request regarding its response to the Complaint.

(Doc. 14.)  It is not clear whether Plaintiff has received these documents.  The BOP Inmate

Locator shows that Plaintiff is currently located at Victorville Medium II FCI.[1]

Accordingly, the Clerk of Court is respectfully directed to mail Document 11 and

Document 14 to Plaintiff (Register Number 06316-510) at Victorville Medium II FCI, 13777 Air

Expressway Blvd, Victorville, CA 92394, and update Plaintiff's address of record.

SO ORDERED.

Dated:    July 25, 2025
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge

---

[1] Plaintiff is listed in the BOP prisoner look-up (and in many of the BOP documents now
before this Court) as Donte McClellan, but was convicted under the name Donte McClellon,
which is also how he captions and signs his pleadings in this action.