UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

    Plaintiff,

-against-

UNITED STATES OF AMERICA,

    Defendants.

25-CV-2988 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant filed a motion to dismiss on August 15, 2025. (Dkt. 17.) In light of plaintiff's pro se and incarcerated status, plaintiff's deadline to file an opposition is **September 19, 2025**. Defendant's reply, if any, is due no later than two weeks after receipt of plaintiff's opposition.

Dated: New York, New York
       August 21, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**