USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendants.

25-CV-2988 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter, dated August 11, and entered on the docket on August 22, 2025, "requesting that the Court mail [him] copies of all court orders in this case along with a recent and updated full case docket sheet and adequate extension of time to respond appropriately to these Court orders[.]" (Dkt. 22 at 1.)

    Defendant filed a motion for a preliminary injunction and temporary restraining order on July 10, 2025. (Dkt. 10.) On July 15, 2025, the Court set a briefing schedule for that motion. (Dkt. 11.) However, on July 24, 2025, the Court vacated that scheduling order and set a briefing schedule for defendant's then-forthcoming motion to dismiss, including a deadline of September 5, 2025 for plaintiff's opposition. (Dkt. 14.) Defendant filed its motion to dismiss on August 15, 2025. (Dkt. 17.)

    Plaintiff's application is GRANTED to the extent that:

1. The Clerk of Court is respectfully directed to update petitioner's address of record to correspond to the address as written in petitioner's letter:

        Donte McClellon
        BOP Reg. # 06316-510
        FCI Victorville Medium II
        P.O. Box 3850
        Adelanto, CA 92301

2. The Clerk of Court is respectfully directed to mail the following to petitioner at the updated address: a copy of the docket sheet, and Dkts. 11, 14, 15, 16, and 21.

3. As to plaintiff's request for deadline extensions, the Court on August 21, 2025 extended defendant's deadline to oppose the motion to dismiss to September 19, 2025 (Dkt. 21) which will remain plaintiff's deadline in this action.

Dated: New York, New York
August 25, 2025                    **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**