UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

                         Plaintiff,

              -against-                                    25-CV-2988 (VSB) (BCM)

UNITED STATES OF AMERICA,                                  ORDER

                         Defendant.

VERNON S. BRODERICK, United States District Judge:

       On July 10, 2025, pro se Plaintiff moved for a preliminary injunction and temporary

restraining order.  (Doc. 10.)  On August 15, 2025, Respondents filed a motion to dismiss for

lack of jurisdiction.  (Doc. 17.)  On August 21, 2025, Magistrate Judge Barbara Moses then

directed Plaintiff to file an opposition by September 19, 2025.  (Doc. 21.)  On August 25, 2025,

Judge Moses issued an order updating Plaintiff's new address of record.  (Doc. 23.)

       On October 3, 2025, Plaintiff filed a letter which (1) provided an updated address of

record after he was transferred to another facility in the Bureau of Prisons, and (2) requested an

extension of time until November 24, 2025 to file an opposition to the motion to dismiss.

(Doc. 25.)  Accordingly, it is hereby:

       ORDERED that Plaintiff's address of record shall be updated to be BOP Reg. #06316-

510, FCI Lompoc I, 3600 Guard Road, Lompoc, California 93436.

       IT IS FURTHER ORDERED that Plaintiff's extension request is granted, and that he

shall have until November 24, 2025 to an opposition to the motion to dismiss.  Absent

exceptional circumstances, no further extension requests shall be granted.

The Clerk of Court is respectfully directed to update Plaintiff's address of record to BOP Reg. #06316-510, FCI Lompoc I, 3600 Guard Road, Lompoc, California 93436.[1]

The Clerk of Court is also respectfully directed to mail Plaintiff (1) a copy of this Order and (2) a copy of Documents 17 – 20 (motion to dismiss papers).

SO ORDERED.

Dated:    October 7, 2025
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge

---

[1] I note, however, that Plaintiff is listed in the Find an inmate look-up on the Bureau of Prisons website as not in BOP custody as of October 1, 2025. So, it is unclear whether Plaintiff will receive these documents.

I also note that Plaintiff is named in the BOP prisoner look-up (and in many of the BOP documents now before this Court) as Donte McClellan, but was convicted under the name Donte McClellon, which is also how he captions and signs his pleadings in this action.