USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/29/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

Defendants.

25-CV-2988 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 9, 2026, this Court denied plaintiff's renewed motion for appointment of counsel dated August 19, 2026, and instructed plaintiff that "he must submit a notice of change of address" to the Court after being released from custody. Dkt. 49 at 2. On October 26, 2026, plaintiff filed another motion for appointment of counsel (Dkt. 52) – his third – along with a memorandum (Pl. Mem.) (Dkt. 53) in support of that motion, which discloses, among other things, that he has been released from custody. *See id.* at 16. Although plaintiff's 17-page memorandum is typed, cites to statute and caselaw, attaches a declaration, and appears to have been filed with the Court via email, he has not informed the Court of his current mailing address, email address, telephone number, or any other contact information. Instead, he advises that he is homeless. *Id.* at 3, 9-10.

No later than **November 12, 2026**, plaintiff must file a notice of change of address with the Court. If he does not currently have a physical mailing address, he still must file a notice informing the Court of his current email, telephone number, or other means by which he may be contacted. As a courtesy, a Notice of Change of Address form for this District has been attached to this Order.

The Court additionally notes that plaintiff's recent motion papers appear to be incomplete. For example, he refers to a "supplement" detailing his financial information, Pl. Mem. at 19, but no supplement was submitted. If plaintiff inadvertently omitted any materials from his most recent motion, he should promptly submit a complete version of his motion papers.

Dated: New York, New York
October 29, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_________ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

______________________________________

______________________________________

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

______________________________________

Name (Last, First, MI)

______________________________________

Address City State Zip Code

______________________ ______________________

Telephone Number E-mail Address (if available)

______________________ ______________________

Date Signature